**TREYZON & ASSOCIATES**
Federico Castelan Sayre, Esq. (SBN 67420)
*fred@treyzon.com*
Boris Treyzon, Esq. (SBN: 188893)
*bt@treyzon.com*
Francis X. Flynn, Esq. (SBN: 131919)
*frank@treyzon.com*
6 Hutton Centre Drive, Suite 600
Santa Ana, CA   92707
T: (714) 382-6795 / F: (714)716-8445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVRA SELENIS, an individual, and TERRENCE TODD, an individual,<br><br>             Plaintiffs,<br><br>vs.<br>CITY OF CITRUS HEIGHTS, CITRUS HEIGHTS POLICE DEPARTMENT, OFFICER RYAN SMITH, and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO.: 2:13-CV-02576 GEB-KJN<br><br>Assigned for all purposes to:<br>Judge Garland E. Burrell, Jr.<br>Courtroom: 10<br><br>**(PROPOSED) ORDER re: STIPULATION TO CONTINUE EXPERT DISCOVERY CUT OFF DATE**<br><br>Trial Date: August 25, 2015 |

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED that expert disclosures are continued through May 25, 2015 and disclosure of rebuttal experts, if any, is continued to June 8, 2015.  All other remaining dates shall remain unchanged.

Dated:  March 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

ORDER ON STIPULATION TO CONTINUE EXPERT DISCOVERY CUT OFF DATE