UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEVRA SELENIS, an individual;
and TERENCE TODD, an
individual;

        Plaintiffs,

   v.

CITY OF CITRUS HEIGHTS, and
OFFICER RYAN SMITH,

        Defendants.

No. 2:13-cv-02576-GEB-KJN

**DISMISSAL ORDER**

Plaintiffs filed a "Notice of Settlement" on April 28, 2015, in which they stated:

> [A] settlement of the entire action against all parties has been reached in this matter. The parties are preparing settlement documents, which will be exchanged and executed in the near future. The parties anticipate filing a stipulation to dismiss the case within sixty (60) days following execution of settlement documents.

(Notice of Settlement, ECF No. 14.) Therefore, an "Order Re: Settlement and Disposition" was filed on April 29, 2015, which directed the parties to file a dispositional document no later than June 29, 2015. (Order, ECF No. 15.) The April 29, 2015 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

1

Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2